
ORIGINAL

FILED

03/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF ERIK SCHMIDT FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

O R D E R

Erik Schmidt, whose address is Untereggen, Switzerland, has petitioned this Court for reinstatement to active status in the State Bar of Montana. According to the Petition, Petitioner was admitted to the State Bar of Montana on May 3, 2005, voluntarily chose inactive status on June 29, 2009, and was suspended on June 13, 2019 for nonpayment of dues. Section 4(e)(ii) of the By-Laws of the State Bar of Montana provides, "in the case of any lawyer whose membership dues or assessments are in arrears for a period of three or more consecutive years, no application for reinstatement may be granted unless ordered by the Montana Supreme Court." Thus, Petitioner has petitioned the Court for reinstatement.

Further, Petitioner has been on inactive status for over five years. It is the Court's practice in such cases, given the amount of time since Petitioner has been on active status, to require a character and fitness review and the completion of continuing education.

IT IS HEREBY ORDERED that Petitioner shall submit to an investigation by the Commission on Character and Fitness. Petitioner shall comply with the character and fitness process and timely produce information and documentation as requested by the Commission. The Commission will investigate Petitioner's character and fitness in accordance with the Rules of Procedure of the Commission on Character and Fitness. The Commission may, in its discretion, conduct a limited investigation. The Commission will advise the Court whether the Petitioner has been certified, conditionally certified, or denied certification. If the Commission denies certification, the Commission will issue written findings of fact, conclusions of law, and a decision pursuant to Section 5(c)(6) of the Rules of Procedure of the Commission on Character and Fitness. If the Petitioner is certified or

conditionally certified by the Commission on Character and Fitness, the Petitioner shall be admitted to the active practice of law in Montana upon payment of appropriate dues and fees and penalties to the State Bar of Montana.

IT IS FURTHER ORDERED that, if admitted, within six months of admission to the active practice of law, Petitioner shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status. This may include approved credits previously obtained by Petitioner during the last two years, if any.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 14 day of March, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2